Case 4:04-cv-00484-MP-AK   Document 12   Filed 06/17/05   Page 1 of 2

Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BOBBY WILLIAMS,**

     **Plaintiff,**

**vs.**                                      **CASE NO. 4:04CV484-MMP/AK**

**FLORIDA STATE HOSPITAL, et al,**

     **Defendants.**

                                      **/**

**<u>REPORT AND RECOMMENDATION</u>**

In an order dated February 7, 2005, 2003, Plaintiff was directed to file an amended complaint by March 4, 2005.  (Doc. 7).  He sought one extension of time through March 23, 2005, (doc. 9), but failed to file the amended complaint by that date. An Order to Show Cause was entered on April 15, 2005, directing a response by April 28, 2005, but as of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this Court or

otherwise communicate with the Court about his case.  Consequently, this case should

be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED**

without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **17th** day of June, 2005.


**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK