IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 4:04-cv-00484-MP-AK

KIM BAKER,
FLORIDA STATE HOSPITAL AT CHATTAHOOCHEE,
DIANE JAMES,
EILEEN MURRAY,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice for failure to prosecute and to follow an order of the Court. Objections to Report and Recommendation were due by July 15, 2005, but none were filed. Because plaintiff has failed to file an amended complaint as ordered, and after receiving an extension of time to do so, the Court agrees that this case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _5th_ day of October, 2005

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge